**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **GRISWOLD ENTERPRISES, L.L.C. D/B/A DOUBLE DAVE'S PIZZAWORKS** | § § § | **CASE NO. 25-30707** |
| | § | **CHAPTER 11** |
| **DEBTOR.** | § | |

**NOTICE OF DEFAULT**

TO: Erin Macmillan Griswold, to the address as outlined in the Plan, email 2erin.macmillan@gmail.com and The Fealy Law Firm, PC, 1235 North Loop W Suite 1120, Houston, TX 77008, vfealy@fealylawfirm.com.

PLEASE TAKE NOTICE that, pursuant to paragraphs 11 and 12 of the Confirmation Order, the Disbursing Agent files this notice of default. Unfortunately, despite repeated attempts and notices and ample opportunity to cure the deficiencies, the Disbursing Agent has not received the requisite details and/or funds to make all of the required payments under the confirmed Plan.

You are hereby notified that GRISWOLD ENTERPRISES, L.L.C. D/B/A DOUBLE DAVE'S PIZZAWORKS has thirty (30) days from the date of this notice to cure said Default. If the Default is not cured within the time period specified, the case shall be converted to chapter 7.

DATED: October 2, 2026

Respectfully submitted,

**HOWLEY LAW PLLC**

By: *<u>/s/ Tom A. Howley</u>*
Tom A. Howley
Texas Bar No. 24010115
TC Energy Center
700 Louisiana St., Suite 4220
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, a copy of the foregoing has been served via email to all parties registered for ECF notifications and via first-class mail to Erin Macmillan Griswold and The Fealy Law Firm, PC pursuant to the plan.

*/s/ Tom A. Howley*
Tom A. Howley